# EXHIBIT B



**BARTLETT LLP**

1001 FRANKLIN AVENUE | GARDEN CITY, NEW YORK 11530
TEL: 516.877.2900 | FAX: 516.877.0732 | www.bartlettllp.com

October 5, 2020

*Via E-mail* - sstern@sokoloffstern.com

Steven C. Stern, Esq.
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, New York 11512

    Re: *Gargano v. Massapequa UFSD and Dr. Solomon*
         Index No. 609298/2020
         Our File No. 900.0291

Dear Mr. Stern,

    As indicated in our telephone conversation, our firm represents Randall Solomon, M.D. in the above referenced action.

    On behalf of Dr. Solomon, we consent to the removal of this case to the Federal Court.

                             Sincerely,

                             *Robert Devine*

                             Robert Devine

RD/arg