UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
MARIA GARGANO,

                Plaintiff,                          **JUDGMENT**
                                                            CV 20-4780 (GRB) (ARL)

  -against-

MASSAPEQUA UNION FREE SCHOOL
DISTRICT and DR. RANDALL SOLOMON,

                Defendants.
---------------------------------------------------------------- X

      A Minute Entry order of the Honorable Gary R. Brown, United States District Judge, having been filed on December 16, 2020, granting Defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing all claims with prejudice, except the fraud claim, dismissing the case without prejudice to refiling the fraud claim in state court, and directing the Clerk of the Court to enter judgment and close the case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Maria Gargano take nothing of Defendants Massapequa Union Free School District and Dr. Randall Solomon; that Defendants' motion to dismiss is granted; that all claims are dismissed with prejudice, except the fraud claim; that this case is dismissed without prejudice to refiling the fraud claim in state court; and that this case is closed.

Dated: March 23, 2021
       Central Islip, New York

                                                                            DOUGLAS C. PALMER
                                                                            Clerk of the Court
                                                             By:   /s/ James J. Toritto
                                                                            Deputy Clerk